■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN WARREN, Appellant. [632 NYS2d 1002] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Cicoria, J.—Attempted Assault,

2nd Degree.) Present—Green, J. P., Pine, Wesley, Balio and Boehm, JJ.